# EXHIBIT 1

EEOC Form 5 (11/09)

| | | |
|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>☐ EEOC<br>☐ FEPA | Agency(ies) Charge No(s):<br><br>525-2022-01218 |

| | |
|---|---|
| **New York State Division Of Human Rights** | and EEOC |
| *State or local Agency, if any* | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| Ms. Nicole Smith | 716-533-5343 | |

| Street Address |
|---|
| 53 Waterview Pkwy<br>HAMBURG, NY 14075 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Roswell Park | 501+ Employees | |

| Street Address |
|---|
| Elm & Carlton<br>ROSWELL PARK MEMORIAL INSTIT, NY 14263 |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| Disability, Religion | Earliest: 09/08/2021  Latest: 03/22/2022 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I am a qualified individual with a disability. The last three years of my employment with Respondent, I held the position of Medical Records Associate II. On or about September 2, 2021, made Respondent aware that I wanted to request a medical exemption. Because of my medical conditions, I did not want to get vaccinated for COVID-19 until had spoken with the specialist that was treating me for my disability. Respondent asked me to fill out medical forms to officially request reasonable accommodation/medical exemption. I complied with Respondent's request and submitted my official claim for a medical exemption. My medical exemption/reasonable accommodation request was denied. On September 28, 2021, I was suspended without pay. According to Respondent, I was a threat to myself and others. I was suspended pending employment termination. I also requested religious exemption. Respondent ended up terminating my employment. I have challenged the suspension and termination without sucess. I believe that I was discriminated against because of my religious beliefs and my disabilities, and I was regarded as being disabled (posing a threat to myself and others) in violation of Title VII of the Civil Rights Act of 1964 as amended and the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Ms. Nicole Smith**<br>07/14/2022<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |