# EXHIBIT 3

04/04/2022 15:09   71682'  '3    THE UPS STORE                 PAGE  05/08

Jamie Evans-HR Director    HR-EmpRel@Roswellpark.org

### Roswell Park Mandatory COVID-19 Vaccine Program
### Request for Reasonable Accommodation Based on Medical Reasons

New York State has mandated the COVID-19 vaccine for hospital staff, including employees, contract staff, students, and volunteers who engage in activities such that if they were infected with COVID-19, they could potentially expose other covered personnel or patients to the disease, except in the case of limited exceptions for medical reasons.

This form is for staff members seeking a reasonable accommodation based on medical reasons. In accordance with the New York State Department of Health regulations, a licensed physician or certified nurse practitioner must certify that immunization with COVID-19 vaccine would be detrimental to the health of the employee based upon a pre-existing health condition. The nature and duration of the medical exemption must be in accordance with generally accepted medical standards (e.g., the recommendations of the Advisory Committee on Immunization Practices of the U.S. Department of Health and Human Services). Please submit the completed form to the Human Resources Management Department, Employee Benefits Office.

This form is to be completed by the employee:

Employee Name: Nicole Smith
Department: Medical Records
Title: Medical Records II
Phone Number: 716-533-5343

Provider Contact Information: Please provide the provider information requested below. By signing this form, you are authorizing representatives from the Employee Benefits Office to contact your provider regarding this request.

Provider Name:
Name of Practice: Ken-Ton Care Center
Facility Address: 2625 Delaware Avenue, Ste. 124, Buffalo, NY 14216
Telephone Number: (716) 447-6450
Number: (716) 447-6449

Signing below, I am acknowledging:
- New York State Regulations require that covered personnel working at healthcare facilities, such as Roswell, be fully vaccinated against COVID-19, and the first dose received by September 27.
- I have been given the opportunity to be immunized with the COVID-19 vaccine at no charge.
- I am requesting a reasonable accommodation based on medical reasons in place of the COVID-19 vaccination. request is necessary and based on advice I have received from the below health care provider.

Signature: Nicole Smith      Date: 9/29/21

*suspended with No Pay
3070
Denied by Roswell   NS

HRG EX # 2   ER EX # ___
CLMT EX # ___  COL EX # ___
ALJ
INITIALS (JP)  DATE 5/5/22
P7-8

7

A-184