# EXHIBIT 4

04/04/2022 15:09 71682 53 THE UPS STORE REDACTED PAGE 06/08

### Request for Reasonable Accommodation Based on Medical Reasons
#### COVID-19 Vaccine Medical Contraindication Form

[Introductory text largely illegible]

*A licensed physician or certified nurse practitioner is to initial next to each applicable reason.*

| Provider's initials | Contraindication | |
|---|---|---|
| | Severe allergic reaction (e.g., anaphylaxis) after a previous dose or to a component of the COVID-19 vaccine | |
| | Immediate allergic reaction of any severity after a previous dose or known (diagnosed) allergy to a component of the COVID-19 vaccine | |

| Provider's initials | Precautions | Additional Information |
|---|---|---|
| | Current or recovering from SARS-CoV-2 infection | Regular follow-up to Roswell Park, Employee Benefits Office will be required from the provider |
| | A known SARS CoV-2 exposure < 14 days prior | Expected Date Quarantine Period will End: _____ |
| | Received monoclonal antibodies or convalescent plasma for COVID-19 treatment < 90 days prior | Date of monoclonal antibodies or convalescent plasma: _____ |
| | Immediate allergic reaction to any other vaccine or injectable therapy (i.e., intramuscular, intravenous, or subcutaneous vaccines or therapies [excluding subcutaneous immunotherapy for allergies, i.e., "allergy shots"]) | Risk assessment by an allergist-immunologist may be required. |
| | History of myocarditis or pericarditis, or myocarditis or pericarditis after receipt of the first dose of an mRNA COVID-19 vaccine series but before administration of the second dose | Regular follow-up to Roswell Park, Employee Benefits Office will be required from the provider |

*If the staff member and their health care provider has based the request on a condition not reflected above, please specify:*

Psoriatic arthritis; Psoriasis of scalp

**MEDICAL PROFESSIONAL INFORMATION**

Name (print): Nadia Polataiko, M.D.
Phone Number: (716) 447-6450
Facility Name / Street Address / City / State: Kenton Family Care Center

Signature: [signature]
Date: 10/03/2021

Nadia Polataiko, M.D.
Ken-Ton Care Center
2625 Delaware Avenue, Ste 124
Buffalo, NY 14216

8070