# EXHIBIT 5

3070

# EMPLOYEE REQUEST FOR REASONABLE ACCOMMODATION

Name: **Nicole Smith**              Extension/Home Telephone: **716-533-5343**

Title: **Medical Records II**       Department: **HIM**

In order to for us to understand the basis and nature of your request, please answer the following questions and return this confidential form directly to Human Resources, Employee Benefits.

### GENERAL ACCOMMODATION INFORMATION

What is the medical diagnosis for which you are requesting the accommodation? **PSA / Infertility Problems**    **FMLA on File Active**

Is your condition temporary or permanent?    ☐ Temporary    ☒ Permanent

Do you have medical confirmation of the disability?    ☒ Yes    ☐ No

**I am also a patient of Roswell Park.** *

### REASON FOR ACCOMMODATION REQUEST

Why do you need an accommodation? **Immuno disease with no known cure and Infertility problems for IVF. (Not Enough Data.)**

In general terms, describe the accommodation(s) you are requesting. **to continue to be tested weekly**

Describe the challenge(s) you are having on the job / that are you having difficulty performing? **The stress is unbearable from the loss of my job. I have no problems doing my job currently.** *

Describe the employment benefit(s) are you having difficult accessing? **Signed Medical Exemption from my Primary Doctor**

Describe how will this accommodation support your ability to perform the duties of your position? **To Remain Here for the Team.**

### OTHER

Please provide any additional information that might be useful in processing your accommodation request. **Been working since Nov. 8, 2021 being tested weekly**

Human Resources  Employee Benefits Office * p.716/843-4700 * f.716/845-1533

Page 1 of 2                                                                                 REV#5 – 12/27/2017

HRG EX # 5    ER EX # ___
CLMT EX# ___  COL EX# ___

DATE 5/5/22

9

04/04/2022 15:09   71682   3         THE UPS STORE              PAGE 08/08
                                                                3070

PAGE 8/8 * RCVD AT 4/4/2022 3:08:43 PM [Eastern Daylight Time] * SVR:ITS494PW9EFAX/37 * DNIS:5184577300 * CSID:7168257163 * ANI:7168257163 * DURATION (mm-ss):04-52

**PHYSICIAN CONTACT INFORMATION:** Please provide name, address, telephone and fax numbers. The physician may receive a letter/fax from us requesting information on your impairment/disability and recommendations for accommodations.

RES Pain Management    Nadia Polatenko       Buffalo IVF      Roswell Park
37 Harlem Rd.          Ken-Ton Family Care   4510 Main        Derm Clinic
716-681-4088           716-447-6450          716-839-2057

## EMPLOYEE CERTIFICATION

I ☒ have / ☐ have not attached medical documentation indicating the need for the above listed reasonable accommodation(s). Submitted signed medical exemption Already on file

I authorize the release of necessary confidential medical information regarding my disability to relevant managers as deemed necessary by Human Resources. I also attest to the fact that a copy of the position description has been given to me for review and reference.

I certify that I have a disability or medical condition that requires reasonable accommodation, which will be met by acquiring the equipment, services, or work adjustments described above.

Employee Signature: Nicole Smith          Date: 12/6/21

To signatory: In non-physician review cases, decisions regarding accommodations will be made within 10 days of the receipt of this form by Human Resources. Due to delays that may be caused in communications with physicians, no specific decision date can be provided for physician review cases.

*NOTE: Roswell Park Cancer Institute reserves the right to request documentation if more information is needed to appropriately assess your condition, functional limitations, and/or request for reasonable accommodation.