# EXHIBIT 6

**Second Page**
Mail Date: December 24, 2021

EFF. DT.  12/13/21         LO#  0831
SOCIAL SECURITY NO.
ER NO.   E04-65338

REDACTED

Received
DEC 30 2021
Roswell Park Comprehensive Cancer Center
Human Resources Department

Information has been received by the Department of Labor that the claimant was discharged.

1. Claimant's physical last day of work: _Claimant is suspended w/out pay pending an arbitration hearing per her Art-33 rights_

   Claimant's first day of work: _9/1/2009_

2. Claimant's job title: _Medical Records Associate II_

3. Claimant's job duties: _Reviews scanned documents, processes death certificates, ensures timely and accurate completion of Release of Information requests._

4. Claimant's work location: _Roswell Park Comprehensive Cancer Center_

5. Name of claimant's Supervisor: _Michelle Doherty_

6. Rate of pay: amount $ _20.90_   ☒ per   ☒ hour   ☐ day   ☐ week   ☐ year

7. What were the claimant's hours and days of work?

   |            | Monday  | Tuesday | Wednesday | Thursday | Friday  | Saturday | Sunday |
   |------------|---------|---------|-----------|----------|---------|----------|--------|
   | Start time | 11:00 a | 11:00 a | 11:00 a   | 11:00 a  | 11:00 a |          |        |
   | End time   | 7:30 p  | 7:30 p  | 7:30 p    | 7:30 p   | 7:30 p  |          |        |

8. How was the claimant informed of the discharge?   ☐ In person   ☐ By phone   ☒ By letter
   By whom? _Jennifer Skowron_   Title: _Sr. ELR Administrator_
   On what date? _12/10/2021_
   If there was a delay between the times when the decision was made and when the claimant was notified, please explain why.

9. What was the final incident that resulted in the claimant's discharge and on what date did it occur?
   Date: _12/6/2021_
   _Claimant did not receive a COVID 19 vaccine - She is not compliant with the NYS DOH Covid 19 vaccine mandate._

10. What specifically was the claimant told about why he/she was discharged?
    _She was not compliant._

MC99.1 (2/15)

HRG EX #    ER EX #
CLMT EX#    COL EX#
ALJ:
INITIALS      DATE           NYS

**NYS   10-13   MC99**

33

PPS 33-35

Roswell Park          12/31/2021 12:09:17 PM    PAGE    6/069    RPCI

Third Page  
Mail Date: December 24, 2021

EFF. DT.  12/13/21  
SOCIAL SECURITY NO. REDACTED  
ER NO.  E04-65338  

LO#  0831

Received  
DEC 3 0 2021  
Roswell Park Comprehensive  
Cancer Center  
Human Resources Department

11. How were the claimant's actions detrimental to your business?  
*Roswell Park is a hospital that cares for cancer patients. These patients have compromised immune sys.*

12. As it pertains to question 9 on the previous page, did the claimant violate a rule, policy or procedure?  
a. If "YES", please explain in detail.  ☒ Yes   ☐ No

b. What was the claimant expected to do?  
*Receive the COVID 19 vaccine.*

13. Did the claimant's job duties require a professional license?  ☐ Yes   ☒ No  
Please explain: _____

14. How would the claimant have known that his/her actions described in question 9 on the previous page could cause or potentially cause discharge?  
*Multiple communications were sent to the claimant. Local and national news coverage.*

* Please attach a copy of any final warning and/or the specific policy if available.  
* If the claimant was given a verbal/written warning, please indicate:  
a. By whom? _____ Title: _____  
b. When was the warning given? _____  
c. What was the claimant told? _____

15. What reason did the claimant give you for his/her actions that led to discharge (please relate to question 9 on the previous page) and why did you not accept this reason?

16. Is there a process the claimant could have used to appeal his/her discharge?  ☒ Yes   ☐ No  
If "YES", did the claimant avail himself/herself of the process?  ☒ Yes   ☐ No  
What were the results if known?  
*Article 33 of the cba between NYS & CSEA. An arbitration hearing is pending.*

17. Is the claimant a union member?  ☒ Yes   ☐ No  
Please send a copy of any arbitration findings of fact regarding this issue if available.

MC99.2 (2/15)

NYS  10-13  MC99                                                                             NYS

34

**Fourth Page**
Mail Date: December 24, 2021

EFF. DT.   12/13/21        LO#   0831
SOCIAL SECURITY NO.   [REDACTED]
ER NO.   E04-65338

Received
DEC 30 2021
Roswell Park Comprehensive
Cancer Center
Human Resources Department

---

Employer Name: Roswell Park

Form completed by (Print Name): Jennifer L. Skwuron   Title: SR ELR Administrator

Tel. #: 716-845-8259   Email: Jennifer.Skwuron@RoswellPark.org

Signature: [signed] Jennifer L. Skwuron   Date: 12/30/2021

MC99.3 (2/15)

NYS   10-13   MC99                                                              NYS

35